AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2007

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

COPY

| 1. Person Reporting (last name, first, middle initial)<br><br>Hall, Cynthia H | 2. Court or Organization<br><br>Ninth Circut Court of Appeals | 3. Date of Report<br><br>05/01/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Senior U.S. Circuit Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,   Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2007<br>to<br>12/31/2007 |
| 7. Chambers or Office Address<br><br>125 S. Grand Avenue, Suite 603<br>Pasadena, CA 91105 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED
2008 MAY 14 A 7: 42
FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | | Date of Report |
|---|---|---|
| Hall, Cynthia H | ` | 05/01/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | WESTERN INTERNATIONAL SECURITIES, INC. | MARGIN TRADING ACCOUNT | L |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hall, Cynthia H | 05/01/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.   LBO INVESTMENT PARTNSERSHIP | B | Int./Div. | K | T | | | | | |
| 2.   BANK OF AMERICA PASADENA, CA CHECKING | A | Interest | K | T | | | | | |
| 3.   BREITBURN ENERGY CO | A | Royalty | J | W | | | | | |
| 4.   PUBLIC STORAGE INC | | | | | | | | | Note #1 on Part VIII |
| 5.   SOVRAN SELF STORAGE | | | | | | | | | Note #1 on Part VIII |
| 6.   NEW PERSPECTIVE FUND INC | E | Dividend | O | T | | | | | |
| 7.   FUNDAMENTAL INVESTORS INC | F | Dividend | P1 | T | | | | | |
| 8.   EURO PACIFIC GROWTH FUND | F | Dividend | O | T | PART SELL | 10/17 | L | F | |
| 9.   MONEY MARKET (Ameritrade) | A | Interest | M | T | | | | | |
| 10.   LANOPTICS LTD | | None | J | T | | | | | |
| 11.   IRA (AT) (In Aggregate) NUVEEN QUAL PREF INC FUND | | | | | | | | | Note #1 on Part VIII |
| 12.   VICRO MFG CO COM | A | Dividend | J | T | | | | | |
| 13.   IRA(AT)(InAggregate)NUVEENMULTI-STRTINC(formerlyNUVPRF&CONV) | | | | | NAME CHANGE | | | | Note #1 on Part VIII |
| 14.   IRA (AT) (In Aggregate) PREFERREDPLUS TRUST COOPER | | | | | | | | | Note #1 on Part VIII |
| 15.   PHOENIX FOOTWEAR GROUP | | None | | | SELL | 11/27 | J | | |
| 16.   ALCOA | A | Dividend | J | T | | | | | |
| 17.   VANGUARD CALIF TAX FREE - INSD L TRM | F | Dividend | P1 | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hall, Cynthia H | 05/01/2008 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. VANGUARD CALIF TAX FREE - CALIF MONEY MKT | E | Dividend | M | T | PART SALE | 4/05 | L | | |
| 19. | | | | | PART SALE | 8/01 | M | | |
| 20. | | | | | PART SALE | 10/09 | K | | |
| 21. | | | | | PART SALE | 10/11 | L | | |
| 22. | | | | | PART SALE | 10/12 | L | | |
| 23. IRA AMERITRADE (AGGREGATE) | C | Int./Div. | K | T | | | | | Note #1 on Part VIII |
| 24. IRA (AT) (In Aggregate) MONEY MARKET FUND | | | | | | | | | Note #1 on Part VIII |
| 25. CITIGROUP INC COM | A | Dividend | J | T | | | | | |
| 26. BEAR STEARNS TEMP FUND (Western) | A | Dividend | | | REDEMPTION | 02/05 | J | | |
| 27. CASH BALANCE (Western) | A | Interest | J | T | | | | | |
| 28. ACACIA RESEARCH CORP (Ameritrade) | | None | K | T | BUY | 10/11 | K | | |
| 29. ATRION CORP | A | Dividend | J | T | BUY | 01/04 | J | | |
| 30. | | | | | PART SALE | 02/05 | J | A | |
| 31. | | | | | BUY | 07/05 | J | | |
| 32. | | | | | PART SALE | 10/03 | J | A | |
| 33. ACS MOTION CONTROL LTD | | None | J | T | BUY | 01/04 | J | | |
| 34. | | | | | BUY | 02/05 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hall, Cynthia H | 05/01/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | BUY | 07/05 | J | | |
| 36. | | | | | BUY | 10/03 | J | | |
| 37.    ALDILA INC | A | Dividend | | | BUY | 01/04 | J | | |
| 38. | | | | | PART SALE | 02/05 | J | A | |
| 39. | | | | | BUY | 0705 | J | | |
| 40. | | | | | BUY | 10/03 | J | | |
| 41. | | | | | SELL | 11/27 | J | A | |
| 42.    ACACIA RESEARCH CORP (Western) | | None | J | T | BUY | 01/04 | J | | |
| 43. | | | | | BUY | 02/05 | J | | |
| 44. | | | | | BUY | 07/05 | J | | |
| 45. | | | | | BUY | 10/03 | J | | |
| 46.    ACME UNITED CORP | A | Dividend | J | T | BUY | 01/04 | J | | |
| 47. | | | | | BUY | 02/05 | J | | |
| 48. | | | | | BUY | 07/05 | J | | |
| 49. | | | | | BUY | 10/03 | J | | |
| 50.    AMERICAN PHYSICIANS SERVICE | A | Dividend | | | BUY | 01/04 | J | | |
| 51. | | | | | BUY | 02/05 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hall, Cynthia H | 05/01/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | BUY | 07/05 | J | | |
| 53. | | | | | SELL | 08/29 | J | A | |
| 54.   AMERICAN SOFTWARE INC - CL A | A | Dividend | J | T | BUY | 01/04 | J | | |
| 55. | | | | | BUY | 02/05 | J | | |
| 56. | | | | | PART SALE | 0705 | J | A | |
| 57. | | | | | BUY | 10/03 | J | | |
| 58.   BOLT TECHNOLOGY CORP | | None | J | T | BUY | 01/04 | J | | |
| 59. | | | | | BUY | 02/05 | J | | |
| 60. | | | | | PART SALE | 07/05 | J | | |
| 61. | | | | | BUY | 10/03 | J | | |
| 62.   CUISINE SOLUTIONS INC | | None | | | BUY | 01/04 | J | | |
| 63. | | | | | PART SALE | 02/05 | J | A | |
| 64. | | | | | BUY | 07/05 | J | | |
| 65. | | | | | BUY | 10/03 | J | | |
| 66. | | | | | SELL | 11/26 | J | | |
| 67.   CREDO PETROLEUM CORP - NEW | | None | | | BUY | 01/04 | J | | |
| 68. | | | | | BUY | 02/05 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hall, Cynthia H | 05/01/2008 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | BUY | 07/05 | J | | |
| 70. | | | | | SELL | 09/26 | J | | |
| 71. EXCELL MARITIME CARRIES LTD | A | Dividend | J | T | BUY | 01/04 | J | | |
| 72. | | | | | PART SALE | 02/05 | J | | |
| 73. | | | | | PART SALE | 07/05 | J | A | |
| 74. | | | | | PART SALE | 10/03 | J | D | |
| 75. ESCALADE INC | A | Dividend | J | T | BUY | 01/04 | J | | |
| 76. | | | | | BUY | 02/05 | J | | |
| 77. | | | | | BUY | 07/05 | J | | |
| 78. | | | | | BUY | 10/03 | J | | |
| 79. ICOP DIGITAL INC NEW | | None | J | T | BUY | 01/04 | J | | |
| 80. | | | | | PART SALE | 02/05 | J | A | |
| 81. | | | | | BUY | 10/03 | J | | |
| 82. IRIS INTERNATIONAL INC | | None | J | T | BUY | 01/04 | J | | |
| 83. | | | | | BUY | 02/05 | J | | |
| 84. | | | | | PART SALE | 07/05 | J | A | |
| 85. | | | | | BUY | 10/03 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hall, Cynthia H | 05/01/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. HANSEN NATURAL CORP | | None | J | T | BUY | 01/04 | J | | |
| 87. | | | | | PART SALE | 02/05 | J | A | |
| 88. | | | | | BUY | 07/05 | J | | |
| 89. | | | | | PART SALE | 10/03 | J | A | |
| 90. HARDINGE INC | A | Dividend | J | T | BUY | 01/04 | J | | |
| 91. | | | | | BUY | 02/05 | J | | |
| 92. | | | | | PART SALE | 07/05 | J | C | |
| 93. | | | | | BUY | 10/03 | J | | |
| 94. IMAGE SENSING SYSTEMS INC | | None | | | BUY | 01/04 | J | | |
| 95. | | | | | BUY | 02/05 | J | | |
| 96. | | | | | BUY | 07/05 | J | | |
| 97. | | | | | SELL | 08/24 | J | | |
| 98. LOUD TECHNOLOGIES INC | | None | | | BUY | 01/04 | J | | |
| 99. | | | | | BUY | 02/05 | J | | |
| 100. | | | | | SELL | 06/01 | J | | |
| 101. LAMSON & SESSIONS CO | | None | | | BUY | 01/04 | J | | |
| 102. | | | | | SELL | 05/29 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hall, Cynthia H | 05/01/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. MAXWELL TECHNOLOGIES INC | | None | | | BUY | 01/04 | J | | |
| 104. | | | | | BUY | 02/05 | J | | |
| 105. | | | | | BUY | 07/05 | J | | |
| 106. | | | | | BUY | 10/03 | J | | |
| 107. | | | | | SELL | 11/15 | J | | |
| 108. MILLER INDS INC TENN | | None | J | T | BUY | 01/04 | J | | |
| 109. | | | | | BUY | 02/05 | J | | |
| 110. | | | | | BUY | 07/05 | J | | |
| 111. | | | | | BUY | 10/03 | J | | |
| 112. MCDERMOTT INTERNATIONAL INC | | None | J | T | BUY | 01/04 | J | | |
| 113. | | | | | BUY | 02/05 | J | | |
| 114. | | | | | PART SALE | 07/05 | J | A | |
| 115. | | | | | PART SALE | 10/03 | J | A | |
| 116. PSYCHEMEDICS CORPORATION | A | Dividend | J | T | BUY | 01/04 | J | | |
| 117. | | | | | BUY | 02/05 | J | | |
| 118. | | | | | BUY | 07/05 | J | | |
| 119. | | | | | BUY | 10/03 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hall, Cynthia H | 05/01/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. PREMIER EXHIBITIONS INC | | None | J | T | BUY | 01/04 | J | | |
| 121. | | | | | PART SALE | 02/05 | J | B | |
| 122. | | | | | PART SALE | 07/05 | J | B | |
| 123. | | | | | BUY | 10/03 | J | | |
| 124. PREFORMED LINE PRODUCTS CO | A | Dividend | | | BUY | 01/04 | J | | |
| 125. | | | | | BUY | 02/05 | J | | |
| 126. | | | | | SELL | 06/25 | J | D | |
| 127. RIMAGE CORP | | None | J | T | BUY | 01/04 | J | | |
| 128. | | | | | BUY | 02/05 | J | | |
| 129. | | | | | PART SALE | 07/05 | J | A | |
| 130. | | | | | BUY | 10/03 | J | | |
| 131. SPAN-AMERICA MEDICAL SYSTEMS | B | Dividend | | | BUY | 01/04 | J | | |
| 132. | | | | | PART SALE | 02/05 | J | A | |
| 133. | | | | | SELL | 05/30 | J | D | |
| 134. TEJON RANCH CO | | None | J | T | BUY | 01/04 | J | | |
| 135. | | | | | BUY | 02/05 | J | | |
| 136. | | | | | BUY | 07/05 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hall, Cynthia H | 05/01/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | BUY | 10/03 | J | | |
| 138. US GLOBAL INVESTORS INC - CL A | A | Dividend | | | BUY | 01/04 | J | | |
| 139. | | | | | BUY | 02/05 | J | | |
| 140. | | | | | SELL | 05/29 | J | | |
| 141. UNIVERSAL SECURITY INSTRUMENTS | | None | | | BUY | 01/04 | J | | |
| 142. | | | | | BUY | 02/05 | J | | |
| 143. | | | | | SELL | 05/29 | J | A | |
| 144. MIKRON INFARED INC | | None | | | BUY | 01/08 | J | | |
| 145. | | | | | BUY | 02/05 | J | | |
| 146. | | | | | CASH MERGER | 05/08 | J | A | Note #2 on Part VIII |
| 147. UTECK CORP | | None | J | T | BUY | 01/29 | J | | |
| 148. | | | | | BUY | 02/05 | J | | |
| 149. | | | | | PART SALE | 07/05 | J | A | |
| 150. | | | | | BUY | 10/03 | J | | |
| 151. BAIDU.COM INC | | None | | | SHORT | 01/04 | J | | |
| 152. | | | | | COVER | 02/05 | J | | |
| 153. | | | | | SHORT | 07/05 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hall, Cynthia H | 05/01/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | COVER | 08/16 | J | | |
| 155. CTRIP.COM INTL LTD | | None | | | SHORT | 01/04 | J | | |
| 156. | | | | | COVER | 02/05 | J | | |
| 157. | | | | | SHORT | 08/03 | J | | |
| 158. | | | | | SHORT | 10/03 | J | | |
| 159. | | | | | COVER | 12/10 | J | | |
| 160. INTL ASSETS HOLDING CORP | | None | J | T | BUY | 02/08 | J | | |
| 161. | | | | | BUY | 07/05 | J | | |
| 162. | | | | | BUY | 10/03 | J | | |
| 163. TRAVELZOO INC | | None | | | SHORT | 01/04 | J | B | |
| 164. | | | | | COVER | 07/05 | J | | |
| 165. | | | | | COVER | 08/16 | J | | |
| 166. ACTIONS SEMICONDUCTOR CO | | None | J | T | BUY | 05/03 | J | | |
| 167. | | | | | BUY | 07/05 | J | | |
| 168. | | | | | BUY | 10/03 | J | | |
| 169. PARK-OHIO HLDGS CORP | | None | J | T | BUY | 05/03 | J | | |
| 170. | | | | | PART SALE | 0705 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hall, Cynthia H | 05/01/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | BUY | 10/03 | J | | |
| 172. FLOTEK INDS INC | | None | | | BUY | 06/13 | J | | |
| 173. | | | | | PART SALE | 10/03 | J | B | |
| 174. | | | | | SELL | 11/08 | J | B | |
| 175. TECH DATA CORP | | None | J | T | SHORT | 06/29 | J | | |
| 176. | | | | | SHORT | 10/03 | J | | |
| 177. GRAHAM CORP | | None | J | T | BUY | 09/18 | J | | |
| 178. | | | | | BUY | 10/03 | J | | |
| 179. | | | | | PART SALE | 11/02 | J | A | |
| 180. KHD HUMBOLT WEDAG | | None | J | T | BUY | 09/27 | J | | |
| 181. | | | | | BUY | 10/03 | J | | |
| 182. | | | | | PART SALE | 11/02 | J | B | |
| 183. OYO GEOSPACE | | None | J | T | BUY | 04/17 | J | | |
| 184. | | | | | BUY | 07/05 | J | | |
| 185. | | | | | PART SALE | 10/03 | J | A | |
| 186. PRICESMART INC | A | Dividend | J | T | BUY | 08/03 | J | | |
| 187. | | | | | BUY | 10/03 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hall, Cynthia H | 05/01/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. TRANSCEND SVCS INC | | None | J | T | BUY | 08/16 | J | | |
| 189. | | | | | BUY | 10/03 | J | | |
| 190. TWIN DISC INC | A | Dividend | J | T | BUY | 09/27 | J | | |
| 191. | | | | | BUY | 10/03 | J | | |
| 192. GANNETT CO INC | | None | | | SHORT | 04/26 | J | B | |
| 193. | | | | | COVER | 07/05 | J | | |
| 194. | | | | | SHORT | 10/03 | J | A | |
| 195. | | | | | COVER | 12/28 | J | | |
| 196. INTUIT INC | | None | J | T | SHORT | 08/03 | J | | |
| 197. | | | | | SHORT | 10/03 | J | | |
| 198. SALESFORCE.COM INC | | None | J | T | SHORT | 08/13 | J | | |
| 199. | | | | | COVER | 10/03 | J | | |
| 200. STARBUCKS CORP | | None | J | T | SHORT | 07/16 | J | | |
| 201. | | | | | SHORT | 10/03 | J | | |
| 202. WYNN RESORTS LTD | | None | J | T | SHORT | 07/19 | J | | |
| 203. | | | | | COVER | 10/03 | J | | |
| 204. MICROSTATEGY INC | | None | | | BUY | 11/02 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hall, Cynthia H | 05/01/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. | | | | | SELL | 11/02 | J | B | |
| 206. ENNIS INC | | None | J | T | BUY | 11/30 | J | | |
| 207. SHENGDA TECH INC | | None | J | T | BUY | 12/28 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

#1) On part VII, the dividends and market value for all cash and securities of lines 4 (PUBLIC STORAGE INC), 5 (SOVRAN SELF STORAGE), 11 (IRA AT In Aggregate NUVEEN QUAL PREF INC FUND), 13 (IRA AT In Aggregate NUVEEN MULTI-STAT INC formerly NUVEEN PREF & CONV INC FUND 2), 14 (IRA AT In Aggregate PREFERREDPLUS TRUST COOPER), and 24 (IRA AT In Aggregate MONEY MARKET FUND) are presented in aggregate under line 23 (IRA AMERITRADE AGGREGATE).

#2) On part VII, MIKRON INFARED, INC. merged into LUMASENSE TECHNOLOGIES, INC., a private company.

| Name of Person Reporting | Date of Report |
|---|---|
| Hall, Cynthia H | 05/01/2008 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544